IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHLEEN A. MELLUZZO,

         Plaintiff,                       Case No. 8:05 CV 307-T24 TBM

v.

PUBLIC ADVOCATE, LLC, a Florida
limited liability company,

         Defendant.

_____/

## ORDER

       This cause comes before the Court on Plaintiff's Motion for Final Default Judgment as to

Liability.  (Doc. No. 36).  Plaintiff filed this action against Defendant alleging that Defendant

discriminated and retaliated against her on the basis of her disability in violation of the Americans

with Disabilities Act of 1990 ("ADA"), the Florida Civil Rights Act of 1992 ("FCRA"), and the

Florida Whistle blower Act.  (Doc. No. 1).  On June 23, 2006, this Court granted defense counsel's

motion to withdraw.  (Doc. No. 14).  Since Defendant is a corporation, it cannot proceed *pro se.*

Even after direction by this Court to retain counsel, Defendant failed to do so.

       Plaintiff's motion for final default was considered by the United States Magistrate Judge,

pursuant to a specific order of referral.  On March 22, 2006, Magistrate Judge McCoun conducted

an evidentiary hearing on Plaintiff's motion.  No representative of Defendant appeared at the

hearing.  Magistrate Judge McCoun has filed his report recommending that the Court enter final

judgment against Defendant, award Plaintiff $20,700.00 in damages, and affirmatively enjoin

Defendant to comply with both the ADA and the FCRA.  (Doc. No. 43).  All parties were furnished

copies of the Report and Recommendation and were afforded the opportunity to file objections

pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.  Upon consideration of the Report

and Recommendation, and upon this Court's independent examination of the file, it is determined

that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

1.    The Magistrate Judge's Report and Recommendation (Doc. No. 43) is adopted and

      incorporated by reference in this Order of the Court;

2.     Plaintiff's Motion for Final Default Judgment as to Liability (Doc. No. 36) is

      **GRANTED**;

2.    The clerk is directed to enter final judgment in favor of Plaintiff;

3.    Plaintiff is awarded damages in the amount of $20,700.00, including interest from

      the date of the judgment at the legal rate as prescribed by law until paid in full;

4.    Defendant is affirmatively enjoined to fully comply with all applicable provisions

      of the ADA and the FCRA;

5.    This Court retains jurisdiction over this matter for the purpose of awarding

      attorney's fees and costs;

6.    The clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of May, 2006.


Copies to:
Counsel of Record
Charles Holmes
Public Advocate, LLC
333 South Tamiami Trial
Suite 386, Tandem Center
Venice, Florida 34285

SUSAN C. BUCKLEW
United States District Judge

2